UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON KEITH JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3230** |
| **KEITH BICKHAM, ET AL.** | **SECTION "G" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Brandon Keith Jackson's claims for monetary damages against Defendants Warden Keith Bickham, Warden Gerald Lebo, Colonel Donnie Seal, Major Wade Rigdon, Major Jacob Waskom, and Colonel Jeff Williams in their official capacities are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.[1]

---

[1] The Report and Recommendation does not specify whether the dismissal of the official capacity claims should be with or without prejudice. The Fifth Circuit has instructed that claims that are barred by the Eleventh Amendment must be dismissed without prejudice for lack of jurisdiction. *Williams v. Thomas*, 169 F. App'x 285 (5th Cir. 2006).

**IT IS FURTHER ORDERED** that Plaintiff Brandon Keith Jackson's 42 U.S.C. § 1983 claims against Defendants Warden Keith Bickham, Warden Gerald Lebo, Colonel Donnie Seal, Major Wade Rigdon, Major Jacob Waskom, and Colonel Jeff Williams, in their individual capacities are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

**NEW ORLEANS, LOUISIANA,** this 13th day of September, 2021.

                                                **NANNETTE JOLIVETTE BROWN**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**